# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00163-CV

**James E. Smith, in his Official Capacity as Superintendent of the North Texas State Hospital, Vernon Campus; and the Texas Department of State Health Services, Appellants**

**v.**

**Kimani Butler, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-11-904033, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants James E. Smith, in his Official Capacity as Superintendent of the North Texas State Hospital, Vernon Campus; and the Texas Department of State Health Services no longer wish to pursue their appeal and have filed an unopposed motion to dismiss. Appellants' counsel states that she has conferred with counsel for the State of Texas and counsel for Kimani Butler, who do not oppose this motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellants' Motion

Filed:  May 18, 2012